March 29, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

NATHANIEL CLAYTON WEATHERS, Appellant

NO. 14-11-00593-CV                    V.

ATTORNEY GENERAL OF TEXAS, Appellee
_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on June 6, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by NATHANIEL CLAYTON WEATHERS.

We further order this decision certified below for observance.